UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GLENN OGLE, #712607,

    Plaintiff,

v.

KAREN WRIGHT, et al.,

    Defendants.
_____/

File No: 1:11-CV-124

HON. ROBERT HOLMES BELL

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On January 10, 2013, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Defendant Paula Meyer's motion for summary judgment (Dkt. No. 37) be granted and that Plaintiff Glenn Ogle's 42 U.S.C. § 1983 prisoner civil rights complaint be dismissed in its entirety. (Dkt. No. 44.) No objections have been filed, and the deadline for doing so has expired. The R&R was mailed to Plaintiff at his last known address, but was returned to sender, marked "not deliverable as addressed" and "unable to forward." (Dkt. No. 45.) The Michigan Department of Corrections website indicates that Plaintiff has been discharged. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

1

**IT IS HEREBY ORDERED** that the January 10, 2013, R&R (Dkt. No. 44) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Meyer's motion for summary judgment (Dkt. No. 37) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Meyer's motion to dismiss for lack of prosecution (Dkt. No. 43) is **DISMISSED AS MOOT**.


Dated: January 25, 2013                        /s/ Robert Holmes Bell
                                                                    ROBERT HOLMES BELL
                                                                    UNITED STATES DISTRICT JUDGE